IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VALENCIA YVONNE HARGRAVE      *

      Plaintiff      *

      vs.      *   CIVIL ACTION NO. MJG-01-3544

RUSSEL TOYOTA      *

      Defendant      *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted Defendant's Motion to Dismiss. Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Russel Toyota against Plaintiff Valencia Yvonne Hargrave dismissing all claims with prejudice without costs.

2. This Order shall be deemed to be a final Judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this _19th_ day of February, 2002.

                                      Marvin J. Garbis
                                United States District Judge